

IN THE
TENTH COURT OF APPEALS

———————————

No. 10-12-00166-CR

AMBER SHOTWELL,                                    Appellant

 v.

THE STATE OF TEXAS,                               Appellee

———————————

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2010-933-C2**

## O R D E R

The Court issued an opinion and judgment in this appeal on July 11, 2013. The Court previously granted one extension of time to file a motion for rehearing. In a second motion filed on August 26, 2013, appellant requests an additional 30 days to file her motion for rehearing until September 25, 2013.

Appellant's motion is granted. Her Motion for Rehearing is due September 25, 2013.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed September 5, 2013